# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1182**
**KA 15-01384**
PRESENT: CENTRA, J.P., CARNI, NEMOYER, CURRAN, AND TROUTMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                    MEMORANDUM AND ORDER

JOSHUA D. MCCARTHY, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARY P. DAVISON OF COUNSEL), FOR
DEFENDANT-APPELLANT.

DONALD G. O'GEEN, DISTRICT ATTORNEY, WARSAW (VINCENT A. HEMMING OF
COUNSEL), FOR RESPONDENT.

--------------------------------------------------------------------------------------------------------------

Appeal from a resentence of the Wyoming County Court (Michael M.
Mohun, J.), rendered February 11, 2015. Defendant was resentenced
upon his conviction of menacing a police officer or peace officer.

It is hereby ORDERED that the resentence so appealed from is
unanimously affirmed.

Same memorandum as in *People v McCarthy* ([appeal No. 1] ___ AD3d
___ [Dec. 23, 2016]).

Entered:  December 23, 2016                        Frances E. Cafarell
                                                   Clerk of the Court